United State District
Western District of Louisiana
Monroe Division

RECEIVED
AUG - 4 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Ashraf Khalil
DOC #729221

21-cv-2076 P

Civil Action

Versus

Judge

Department Of Corrections
ET AL.

Magistrate Judge

## COMPLAINT

A. Have you begun any other lawsuit while incarcerated or detained in any facility
Yes ✓  No ___

B. If your answer to the preceeding question is yes, provide the following information.

1. State the Courts where each lawsuit was filed (if federal, identify the District; if state Court, identify the County or parish):
19th Judicial District Court

1.

2. Name the parties to the previous lawsuits:

Plaintiffs: Dixon Correctional Institute

Defendants: Dustin Bickham - Warden

3. Docket number(s) C-705250

4. Date(s) on which each lawsuit was filed: On or around the 30th Day of December 2020

5. Disposition and date thereof (For example, was the case dismissed and when?
On or about 17th day of May, 2021, the claim for damages is dismissed without prejudice, as it is improperly filed before the 19th Judicial District Court. (It was done and mailed on June 02, 2021).

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes _____ No ✓

II. A. Name of institution and address of current place of confinement:
Dixon Correctional Institution P.O. Box 788 Jackson La 70748

B. Is there a prison grievance procedure in this institution?
Yes ✓ No _____

2.

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ✓ No ___

If Yes, what is the Administrative Remedy Procedure Number? The Administrations A.R.P. Screening Officer, L. Washington, informed Plaintiff that this matter was Backlogged and under Review, with an option to withdraw.

III. Parties to Current Lawsuit:

A. Name of Plaintiff Ashraf Khalil Dixon Correctional Center P.O. Box 788 Jackson, La 70748

B. Defendant, Dustin Bickham, is employed as Warden at Dixon Correctional Center

Defendant, Chaplain Patricia Williams, is employed as Chaplain at Dixon Correctional Center

IV. Statement of Claim

1. Plaintiff, Ashraf Khalil (hereinafter Khalil) is and was at all relevant times mentioned herein, a prisoner of the State of Louisiana in custody of the Louisiana Department of Corrections, currently housed at Dixon Correctional Center, (D.C.C.) Jackson Louisiana.

3.

2. Defendant, Dustin Bickham, serves as Warden at the DCI, and as such is responsible for the daily operations, supervision, and training of his subordinates. He is vested with the authority to implement policy, regulations, memorandums, rules, programs, and provide curriculum for rehabilitation purposes for those in his care and custody. He is further vested with the authority to curtail any civil rights violations of those in his custody.

3. Defendant Patricia Williams serves as Chaplain and as such is to ensure equal status and consideration to all religious affiliations; ensure that every reasonable effort is made to maintain access to clergy; coordinate and develop the religious resources available for meeting the spiritual needs of offenders and provide pastoral counseling to offenders among other things, such as a right to wear beards.

4. Dixon Correctional Institution is operated by the Department of Public Safety and Corrections in and for the State of Louisiana.

5. Each defendant is sued herein his or her individual and official capacities. At all times relevant herein, each defendant acted under color of state law.

6. Ashraf Khalil, is a practicing Muslim who among other things sincerely holds to his beliefs of the Al-Islamic Faith.

4.

On or around the 17th day of May, 2021, a Partial Judgment of Dismissal was rendered and mail to Plaintiff on June 02, 2021. (See attachment of Partial Judgment of Dismissal) Exhibit "A"

On or around December Plaintiff filed a correspondence to the Warden Office concerning the below issues. (See Exhibit "B" Correspondence.

7. On about 12/08/2020 Plaintiff was place into the cell-block and sentenced to 20 days and 60 days loss of good time. (Disciplinary Report Number is 729221).

8. Plaintiff contends that prison officials at Dixon Correctional Institute consistent ordering him to shave his beard, which is a violation of the First Amendment Free Exercise Clause, the Fourteenth Amendment Equal Protection Clause, and the Religious Land Use and Institutionalized Person Act (RLUIPA).

9. In a Supreme Court Ruling O'Lone V. Shabazz, which required prison authorities to accommodate Offenders Religious preferences if consistent with security and other legitimate penological.

10. Plaintiff contends that wearing a beard is part of the Islamic culture and Religious beliefs. Just as the

5.

Wearing of a Cross is for those of the Christian faith. Beards, Kufees, fasting, and performing Regular prayers are all signs of a "sincere" practicing Muslim.

11. Plaintiff contends that his Custodian, has various different Religious denominations who wear Beards. For example, the Rastafarians, the founder of Christianity (Jesus Christ, the Apostles and St. Paul) all wore Beards. The Protestantism all wore Beards and they were Catholic.

12. Islamic Leaders Caliphs- Abu Bark Siddiq (wore a beard) (Umar Ibn Al-Khattab (wore a beard)) (Uthman Ibn Affan wore a beard) (Ali Ibn Talib wore a beard).

### Question

What principal of Law or logic can be brought to bear to contradict a believer's assertion that a particular Act such as wearing a beard is "Central" to his personal faith?

"It is not within the Judicial Ken to question the centrality of particular beliefs or practices to a faith, or the Validity of particular Litigants."

What is D.C.I procedure of forcing Plaintiff to shave his beard policy a violation of the 1st First Amendment?

6.

V.

Plaintiff incorporate by reference that the allegations contained herein further violates the Establishment Clause, as the defendants underlying motive to establish the wearing of beards by Christians, Rastafarians and other, but deny him to wear his beards is in violation of the First Amendment, U.S.C.

V. Relief

State exactly what you want the Court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

A. Plaintiff humbly ask this Honorable Court to grant him the right to wear his beard by granting him summary judgement in his favor and any and all other reliefs deemed necessary by this Honorable Court.

B. Plaintiff seeks compensatory damages in the sum of One Hundred Fifty Thousand Dollars.

C. Punitive damages in the sum of Fifty Thousand Dollars.

D. Damages in the sum of One Hundred Fifty Thousand Dollars for any and all acts of negligence in the answering Plaintiff Administrative Remedy plus the 20 days punishment in the Cell-block and 60 days loss of good time...

7.

13. Plaintiff contends that the actions of the defendants serves no legitimate governmental interest but to chill the exercise of his beliefs.

14. Plaintiff contends that the defendants actions further serve to cause the Christian faith to be the religion of choice at Dixon Correctional Institution.

15. Plaintiff invoke the supplemental jurisdiction over any and all state law claims under 28 U.S.C. § 1367.

16. At all times relevant herein, plaintiff suffered mental anguish as a result of the defendants conduct.

### Exhaustion of Legal Remedies

Plaintiff avers that he attempted to exhaust any and all grievance procedures available at the institutional and state level.

### Claim I

Plaintiff incorporate by reference that the allegations contained herein did substantially burden his ability to freely wear a beard and exercise his religious beliefs as guaranteed by the Free Exercise Clause of the First Amendment, U.S.C. and did violate the Religious Land Use Institutionalize Person Act.

8.

## Claim II

Plaintiff incorporate by reference that the allegations contained herein did deprive him of the equal protection of law as plaintiff has the right to be treated similarly as those similarly situated and the failure to do so violates the Equal Protection Clause of the Fourteenth Amendment, U.S.C. as the defendants purposefully punish him for wearing a beard.

## Claim III

Plaintiff avers that the actions of the defendants as alleged herein did deprived him of due process of law as the defendants curtailed his First Amendment right absent an administrative or due process hearing in violation of the Fifth and Fourteenth Amendment, U.S.C.

## Claim IV

Plaintiff incorporate by reference that the allegations contained herein served as retaliation for plaintiff's exercise of his right to petition the Court's to redress grievances for punishing him is in violation of the First Amendment, U.S.C.

9.

E. Enter a permanent injunction requiring the defendants, their agent, employees, and all persons in active participation with them, to cease their illegal and unconstitutional conduct; and further ordering defendants to develop and implement a plan to correct the constitutional and statutory violations referred to above which will ensure the plaintiff's right to wear a beard. Further enter an injunction restraining the defendants from any and all acts of retaliation; such as, but not limited to: (A) Retaliatory transfers, (B) Harassment, (C) Fabricated Infraction reports and etc.

F. Grant such other relief as the court find just and appropriate.

G. Jury Trial Demand.

VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachment hereto.

Signed this 2 day of July, 2021

#729221                             Ashraf Khalil

10.