UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASHRAF KHALIL                                                                    CIVIL ACTION

VERSUS

DEPT. OF CORRECTIONS, ET AL.                                  NO. 21-00466-BAJ-SDJ

### RULING AND ORDER

On October 21, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 9, the "R&R")** recommending that this Court dismiss, without prejudice, Plaintiff's claims pursuant to 42 U.S.C. § 1997e and 28 U.S.C. §§ 1915(e) and 1915A for Plaintiff's failure to exhaust administrative remedies. There are no objections to the R&R.

Having carefully considered Plaintiff's Complaint (Doc. 5) and all related pleadings, the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997e and 28 U.S.C. §§ 1915(e) and 1915A for Plaintiff's failure to exhaust administrative remedies.

Baton Rouge, Louisiana, this 7th day of November, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA