# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

ASHRAF KHALIL
Plaintiff

v.

DICKHAM, et al.
Defendant

3:21-cv-00466-BAJ-SDJ
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, Lydia Wright provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Ashraf Khalil, Promise of Justice Initiative, Muslim Advocates, Arnold & Porter Kaye Scholer LLP, Dustin Dickham, Patricia Williams, Louisiana Department of Public Safety & Corrections

Lydia Wright, 37926
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.