IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Ashraf Khalil,<br><br>   *Plaintiff*,<br><br>v.<br><br>Department of Corrections, Dustin Bickham, Patricia Williams,<br><br>   *Defendants*. | Civil Action No. 21-466-BAJ-SDJ<br><br>Hon. District Judge Brian A. Jackson<br><br>Hon. Magistrate Judge Scott D. Johnson |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Ashraf Khalil ("Plaintiff") and Defendants Department of Corrections, Dustin Bickham, and Patricia Williams ("Defendants") hereby submit this Joint Motion for Amended Scheduling Order. As good cause, the parties state:

1. On May 20, 2024, when Plaintiff was still *pro se*, the Court entered a scheduling order in this matter. ECF No. 22.
2. Since the entry of appearances of counsel for Plaintiff, Plaintiff's counsel have been conferring with Joshua Dara, Jr. ("Mr. Dara"), who is counsel for Defendants.
3. Mr. Dara will enter his appearance for all properly served Defendants by May 2, 2025. For now, he has consented to the filing of the instant joint motion and to service of it on him via email at jdara@goldweems.com.
4. Through the instant joint motion, the parties propose amending the case schedule as follows:
   - All parties' initial disclosures to be due by Monday, June 2, 2025;
   - Defendants to provide Plaintiff all medical records, administrative remedy proceedings, unusual occurrence reports and all other documents pertinent to the issues in this case by Monday, June 2, 2025;
   - Plaintiff may amend his complaint and/or join parties without leave of the Court by Monday, June 23, 2025;
   - Defendants' answer to the operative complaint to be due by Wednesday, July 23, 2025;
   - Plaintiff's R. 26(a)(2) (Expert) Statements (if any) to be due by Monday, August 11, 2025;

1

- Defendants' R. 26(a)(2) (Expert) Statements (if any) to be due by Monday, August 18, 2025;
- All parties' Post-R. 26(a) Discovery Requests to be due by Monday, September 8, 2025;
- All discovery to be closed by Tuesday, October 14, 2025;
- Motions to compel (if any) to be due by Monday, October 20, 2025;
- Summary judgment motions to be due by Wednesday, November 19, 2025;
- Limits on the numbers of requests for discovery, requests for admission, interrogatories, and depositions to be governed by the Federal Rules of Civil Procedure, unless the parties later agree or the Court orders otherwise, whether on a party's motion or *sua sponte*.

5. This is the parties' first request to the Court to propose amendments to the case schedule.
6. Service of the summons and Plaintiff's *pro se* complaint has been made on Defendant Department of Corrections ("DOC") and Defendant Bickham. *See* Exhibit 1.
7. Service of the summons and Plaintiff's *pro se* complaint has been attempted on Defendant Williams, whom Plaintiff's counsel had understood through DOC sources to now work for the Louisiana Division of Juvenile Justice. *See* Exhibit 2.
8. Mr. Dara has since conveyed to Plaintiff's counsel that Defendant Williams has not yet received service.
9. Plaintiff's counsel will seek a waiver of service on Defendant Williams from Mr. Dara or will otherwise reattempt service on Defendant Williams at the DOC headquarters and/or any other address that Mr. Dara confirms for Defendant Williams.
10. While the matter of service on Defendant Williams heads toward an anticipated resolution, the parties jointly move the Court to enter the alternative case-schedule proposed herein, in the interest of moving the litigation forward.

WHEREFORE, the parties jointly move the Court to grant the instant motion, which is accompanied by a proposed order.

Respectfully submitted,

Dated: April 29, 2025

| | |
|---|---|
| */s/ Golnaz Fakhimi* | */s/ Joshua J. Dara* |
| Golnaz Fakhimi* | Joshua J. Dara |
| Sadaf Hasan* | Gold Weems Bruser Sues & Rundell |
| Muslim Advocates | 2001 MacArthur Drive |
| PO Box 34440 | P.O. Box 6118 |
| Washington, DC 20043 | Alexandria, LA 71307 |
| (202) 655-2969 | Tel: (318)-730-1047 |
| golnaz@muslimadvocates.org | jdara@goldweems.com |

2

sadaf@muslimadvocates.org

*Counsel for Defendants*

*/s/ Samantha Bosalavage Pourciau*
Samantha Bosalavage Pourciau (La. Bar No. 39808)
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
Sbosalavage@defendla.org

*Counsel for Plaintiff*

*Enrolled *pro hac vice*

3