## **CERTIFICATE OF SERVICE**

      I certify that on April 29, 2025, I served the foregoing documents electronically via email to the following counsel for defendants, based on his consent to receive the documents via email:

>Joshua J. Dara
>Gold Weems Bruser Sues & Rundell
>2001 MacArthur Drive
>P.O. Box 6118
>Alexandria, LA 71307
>Tel: (318)-730-1047
>jdara@goldweems.com

                                                 /s/ Golnaz Fakhimi