# EXHIBIT 1

Case 3:21-cv-00466-BAJ-SDJ     Document 35     04/29/25     Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-466-BAJ-SDJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dustin Bickham - Dixon Warden
was received by me on *(date)* November 6th, 2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Liebert - paralegal , who is
designated by law to accept service of process on behalf of *(name of organization)*
Department of Corrections / Dustin Bickham on *(date)* 11/7/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/7/24

*Server's signature*

Stephanie Van Metre - Process Server
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Scanned with CamScanner