**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ASHRAF KHALIL**                                                              **CIVIL ACTION**

**VERSUS**

                                            **NO. 21-466-BAJ-SDJ**

**DEPT OF CORRECTIONS, ET AL**

---

**ORDER**

The Court held a hearing via Zoom videoconference on the Motion to Withdraw Supposedly Deemed Admissions and to Extend Deadlines to Respond to Pending Motions (R. Doc. 108) at 2:00 p.m. on **April 8, 2026**. United States Magistrate Judge Scott D. Johnson heard oral argument from the following counsel:

|  |  |
|---|---|
| **Samantha Pourciau** | **Joshua J. Dara, Jr.** |
| **Collin Poirot** | *Counsel for Defendants* |
| **Golnaz Fakhimi** | |
| **Sadaf Hasan** | |
| *Counsel for Plaintiff* | |

Plaintiff's counsel began by informing the Court that the Parties are conferring frequently and working to resolve the outstanding discovery disputes. Counsel also informed the Court that the Parties will be filing a joint motion seeking to extend discovery deadlines by 90 days.

The Court then heard argument from both sides regarding the Motion to Withdraw Seemingly Deemed Admissions. Given Plaintiff's timely request for an extension to respond to the requests for admission (R. Doc. 94), the Court found the Plaintiff's Motion should be **granted**. However, the Court stated that this ruling does not preclude Defendants' right to test the sufficiency of Plaintiff's admissions after due conference between the Parties.

The Court also briefly addressed Defendants' pending Motion for Protective Order and to Stay Discovery (R. Doc. 106). Because the arguments therein rely heavily on the deemed

C:cv36a; T: 00:45

admissions, which are being withdrawn, defense counsel orally withdrew the Motion, which request the Court granted.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Withdraw Supposedly Deemed Admissions and to Extend Deadlines to Respond to Pending Motions (R. Doc. 108) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants will file a supplement to their pending Motion for Summary Judgment within **14 days** of the date of this Order. Any opposition to Defendants' Motion for Summary Judgment by Plaintiff must be filed within **21 days** after Defendants' supplement. Any Reply by Defendants is due **10 days** thereafter.

**IT IS FURTHER ORDERED** that defense counsel's oral motion to withdraw Defendants' Motion for Protective Order and to Stay Discovery (R. Doc. 106) is **GRANTED**. The Clerk's Office is instructed to terminate Defendants' Motion for Protective Order and to Stay Discovery (R. Doc. 106) as withdrawn.

**IT IS FURTHER ORDERED** that Plaintiff must submit either a supplement to or a motion to withdraw his pending Motion to Compel Discovery (R. Doc. 94) within **21 days** of the date of this Order.

Signed in Baton Rouge, Louisiana, on April 8, 2026.

 

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv36a; T: 00:45