**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ASHRAF KHALIL

*Plaintiff*,

v.

DUSTIN DICKHAM, in his official capacity as the Warden of the Dixon Correctional Institute; PATRICIA WILLIAMS, in her official capacity as Clinical Chaplain at the Dixon Correctional Institute; and the LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS.

*Defendants*.

3:21-cv-00466-BAJ-SDJ

**PLAINTIFF'S MOTION TO ENROLL MOHAMED AL-HENDY PRO HAC VICE**

NOW INTO COURT, comes Plaintiff, Ashraf Khalil, who, through undersigned counsel, respectfully moves this Honorable Court pursuant to the Local Rules for an order permitting MOHAMED AL-HENDY to appear pro hac vice as additional counsel for Plaintiff in this case.

In support of this motion, Plaintiff, through undersigned counsel, states as follows:

1. MOHAMED AL-HENDY is an senior associate at Arnold & Porter Kaye Scholer.

2. MOHAMED AL-HENDY is a member in good standing of the Bar of the State of Texas. Mr. Al-Hendy's Texas State Bar Registration Number is 24105498. There have been no disciplinary proceedings of criminal charges instituted against him. In support of this motion, attached hereto are a Declaration from and Certificate of Good Standing for MOHAMED AL-HENDY.

3. The mailing address for MOHAMED AL-HENDY is 811 Main Street, Suite 1800, Houston, Texas 77002.

4. The telephone number for MOHAMED AL-HENDY is (713) 576-2400.

5. The e-mail address for MOHAMED AL-HENDY is mohamed.al-hendy@arnoldporter.com.

6. The name and office address of the Louisiana attorney with whom MOHAMED AL-HENDY is associated for the purpose of this case are: SAMANTHA POURCIAU, The Promise of Justice Initiative, 1024 Elysian Fields Ave., New Orleans, Louisiana, 70119. Mr. AL-HENDY seeks admission pro hac vice in this case to represent Plaintiff, Ashraf Khalil, in association with Ms. Bosalavage Pourciau, a resident attorney admitted to practice in this Court.

7. MOHAMED AL-HENDY is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

Dated: September 15, 2026

By: /s/ Samantha Pourciau

Collin Poirot*
Sadaf Hasan*
Reem Subei*
MUSLIM ADVOCATES
PO Box 34440
Washington, D.C. 20043
(202) 655-2969
collin@muslimadvocates.org

Samantha Bosalavage Pourciau
(La. Bar No. 39808)
PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
Sbosalavage@defendla.org

Michael A.F. Johnson (D.C. Bar No. 460879, VSB No. 41588)*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
Michael.Johnson@arnoldporter.com

Devin M. Adams (Texas Bar No. 24109559)*
ARNOLD & PORTER KAYE SCHOLER LLP
811 Main Street, Suite 1800
Houston, Texas 77002
Tel: (713) 576-2400
Devin.Adams@arnoldporter.com

William T. Sharon (N.Y. Bar No. 5713722)*
Sarah Elnahal (N.Y. Bar No. 5944517)*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7728
william.sharon@arnoldporter.com
sarah.elnahal@arnoldporter.com

**Enrolled Pro Hac Vice*
*Counsel for Plaintiff*